BRODSKY, Respondent, v. KRONENBERG et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Abraham Brodsky against Morris Kronenberg and others. No opinion. Motion to dismiss appeal denied, with costs.

BROOKS v. CITY OF ROCHESTER. (Supreme Court, Appellate Division, Fourth Department. November 30, 1910.) Action by Sarah Brooks against the City of Rochester. PER CURIAM. Plaintiff's exception sustained, and motion for new trial granted, with costs to plaintiff to abide event. Held, that the questions of defendant's negligence and of plaintiff's freedom from contributory negligence were questions of fact, which should have been submitted to the jury.

WILLIAMS, J., dissents, upon the ground of contributory negligence.

BUCHANAN, Appellant. v. BOARD OF EDUCATION OF CITY OF NEW YORK. Respondent. (Supreme Court. Appellate Division, Second Department. December 30, 1910.) Action by Joseph Buchanan against the Board of Education of the City of New York. No opinion. Appeal dismissed, with costs.

BUCK et al., Respondents, v. NEW JERSEY CAR SPRING & RUBBER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 11, 1911.) Action by Robert J. Buck and others, as trustees in bankruptcy, etc., against the New Jersey Car Spring & Rubber Company.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents.

BUCKLEY, Appellant, v. BUCKLEY et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. December 7, 1910.) Action by Mary Buckley against Pearl A. Buckley, an infant, etc., and others. No opinion. Appeal dismissed, without costs, on stipulation filed.

BULLOCK, Respondent, v. NATIONAL STARCH CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 11, 1911.) Action by Clarence Bullock against the National Starch Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. Held, that no actionable negligence of the defendant was established, and that the verdict establishing freedom from contributory negligence and on the question of assumption of risk is contrary to and against the weight of evidence.

BURNS, Respondent, v. DEGNON-McLEAN CO., Appellant. (Supreme Court, Appellate Division, First Department. December 30, 1910.) Action by Denis Burns against the Degnon-McLean Company. J. F. Donnelly, for appellant. R. Stewart, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 129 App. Div. 907, 113 N. Y. Supp. 1127.

BURSTEIN, Respondent, v. BRENG et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 2, 1910.) Action by Louis Burstein against George Breng and others.

PER CURIAM. If this action were to be deemed one to recover for fraud and deceit, we think it could not be maintained. It seems to us, however, that it may be treated as an action to recover the amount paid, upon the ground of failure of consideration for the contract arising out of mutual mistake of the parties in connection with the subject-matter thereof. Judgment of the Municipal Court affirmed, with costs.

BURT, Appellant, v. GLUCK, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Franklin Burt against Bella Gluck, also known as Betty Gluck. No opinion. Motion to dismiss appeal granted, with costs, and stay vacated.

BUTLER, Respondent, v. GOULD, Appellant. (Supreme Court, Appellate Division, First Department. December 16, 1910.) Action by Malcolm N. Butler against Katherine C. Gould. C. J. Shearn, for appellant. J. Larocque, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

CALMON ASBESTOS & RUBBER WORKS OF AMERICA, Appellant, v. ASBEST UND GUMMIWERKE ALFRED CALMON AKTIENGESELLSCHAFT, Respondent. (Supreme Court, Appellate Division, First Department. November 25, 1910.) Action by the Calmon Asbestos & Rubber Works of America against the Asbest und Gummiwerke Alfred Calmon Aktiengesellschaft. C. S. Mackenzie, for appellant. H. R. Limburg, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 126 N. Y. Supp. 120.

CARR, Appellant, v. ALLEN et al., Respondents. (Supreme Court, Appellate Division, First Department. December 2, 1910.) Action by Lillian J. Carr against Aaron C. Allen and another. N. W. Chandler, for appellant. H. Aaron, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

CARROLL, Respondent, v. LEGGETT, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Nora Carroll against David G. Leggett. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

CARY et al., Appellants, v. BICE, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 23, 1910.) Ac-

tion by Ira S. Cary and another against Robert S. Bice, individually and as executor, etc.

PER CURIAM. Judgment, so far as appealed from, affirmed, with costs.

WILLIAMS and ROBSON, JJ., dissent upon the ground of errors in the rejection and reception of evidence.

CASEY, Respondent, v. DAVIS & FURBER MACH. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 23, 1910.) Action by John J. Casey, as administrator, against the Davis & Furber Machine Company. No opinion. Motion to amend order of reversal previously entered (138 App. Div. 396, 122 N. Y. Supp. 804) denied, with $10 costs.

In re CASSIDY'S WILL. (Supreme Court, Appellate Division, First Department. December 16, 1910.) In the matter of the will of Peter Cassidy, deceased.

PER CURIAM. Decree affirmed, with costs. Order filed.

INGRAHAM, P. J., dissents.

CASTELL, Respondent, v. LAW CAR & GENERAL INS. CORP., Limited, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Samuel Castell against the Law Car & General Insurance Corporation, Limited. No opinion. Order affirmed, with $10 costs and disbursements.

CELLA, Respondent, v. VALENTE, Appellant (two cases). (Supreme Court, Appellate Division, First Department. December 16, 1910.) Action by Angelica Cella against Peter Valente. L. Loewenstein, for appellant. H. C. Kayser, for respondent. No opinion. Judgments affirmed, with costs. Orders filed.

CHADWICK, Respondent, v. MILLER et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Isaac E. Chadwick against Philip M. Miller and another. No opinion. Motion to dismiss appeal denied, with costs.

CHEW, Appellant, v. SHELDON et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 19, 1911.) Action by Ida A. Chew against Herbert C. Sheldon and others. No opinion. Order affirmed, with $10 costs and disbursements.

CHILTON et al., Respondents, v. BLUTSTEIN et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Forrest S. Chilton and others against Morris Blutstein and others. No opinion. Judgment of the Municipal Court affirmed, with costs.

CITY OF GENEVA, Respondent, v. HENSON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 18, 1911.) Action by the City of Geneva against Robert W. Henson and others.

PER CURIAM. Final order affirmed, with costs. See, also, 121 App. Div. 893, 105 N. Y. Supp. 1110; 140 App. Div. 49, 124 N. Y. Supp. 588.

ROBSON, J., not sitting.

In re CITY OF NEW YORK. In re BARRY. (Supreme Court, Appellate Division, First Department. November 25, 1910.) In the matter of the City of New York. In the matter of Garret Barry. No opinion. Motion granted. Settle order on notice. See, also, 138 App. Div. 899, 123 N. Y. Supp. 376.

In re CITY OF NEW YORK (Valley Stream). (Supreme Court, Appellate Division, Second Department. December 2, 1910.) In the matter of the application of the city of New York to acquire certain real estate at Valley Stream, etc., for purposes of water supply. No opinion. Order affirmed, with $10 costs and disbursements.

In re CITY OF NEW YORK (Valley Stream, Lynnbrook). (Supreme Court, Appellate Division, Second Department. December 2, 1910.) In the matter of the application of the City of New York to acquire certain real estate at Valley Stream, Lynnbrook, etc., in the county of Nassau, for the purposes of water supply, etc.

PER CURIAM. Motion for reargument denied. The opinion previously handed down in this case must not be construed as indicating that when the report shall have been delivered, and the services of the commissioners completed, they will be precluded from making application for compensation, notwithstanding the report has not been confirmed. For former opinion, see 124 N. Y. Supp. 1053.

CITY OF NEW YORK, Appellant, v. S. E. KELLAR LUMBER CO., Respondent. (Supreme Court, Appellate Division, First Department. December 9, 1910.) Action by the City of New York against the S. E. Kellar Lumber Company. J. P. O'Brien, for appellant. J. C. Wechsler, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CITY OF NEW YORK v. UVALDE ASPHALT CO. (Supreme Court, Appellate Division, First Department. December 9, 1910.) Action by the City of New York against the Uvalde Asphalt Company. No opinion. Motion granted, with $10 costs to respondent. Order filed.

CLARK v. JOHNSTON et al. (Supreme Court, Appellate Division, First Department. December 9, 1910.) Appeal from Special Term, New York County. Action by William T. Clark, as ancillary administrator of James Mulligan, deceased, against Frank M. Johnston and others. From an order granting a motion to vacate levy of an attachment, plaintiff appeals. Affirmed.